CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

LIOBANY SERRANO LUNA,

    Defendant.

)
)
)
)
)
)
)
)
)
)

No. CR19-173-RSM

ORDER GRANTING
UNOPPOSED MOTION TO
CONTINUE TRIAL AND PRETRIAL
MOTIONS DATES

THE COURT has considered the unopposed motion to continue the trial date and pretrial motions deadline and finds that:

(a) taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel for the defendant the reasonable time necessary for effective preparation due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv); and

(b) a failure to grant such a continuance in this proceeding would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and

(c) the additional time requested is a reasonable period of delay, as the defendant has requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses; and

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

1    (d) the ends of justice will best be served by a continuance, and the ends of

2    justice outweigh the best interests of the public and the defendant in any speedier trial,

3    as set forth in 18 U.S.C. § 3161(h)(7)(A); and

4    (e) the additional time requested between the current trial date of March 16,

5    2019, and the new trial date is necessary to provide counsel for the defendant the

6    reasonable time necessary to prepare for trial, considering counsel's schedule and all of

7    the facts set forth above; and

8    (f) the period of delay from the date of this order to the new trial date is

9    excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

10   IT IS THEREFORE ORDERED that the trial date in this matter shall be

11   continued to June 1, 2020, and that pretrial motions shall be filed no later than May 4,

12   2020.

13   DONE this 3rd day of February, 2020.

14

15

16

17   _____
     RICARDO S. MARTINEZ
18   UNITED STATES DISTRICT JUDGE

19

20

21   Presented by:

22   s/ *Christopher Sanders*
     Assistant Federal Public Defender
23   Attorney for Liobany Luna

24

25

26

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**