The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LIOBANY SERRANO LUNA, <br><br> Defendant. | CASE NO. CR19-173 RSM <br><br> ORDER CONTINUING STATUS CONFERENCE |

THIS COURT having considered the record in this matter, the parties' positions as stated in the status hearing held March 16, 2021, and the General Orders of the United States District Court for the Western District of Washington addressing measures to reduce the spread and health risks from COVID-19, incorporated herein by reference, hereby FINDS as follows:

1. In light of the recommendations made by the Centers for Disease Control and Prevention (CDC) and Public Health for Seattle and King County regarding social distancing measures required to stop the spread of COVID-19, it is not possible at this time to proceed with a jury trial.

Order Continuing Status Conference
*United States v. Liobany Serrano Luna*, CR19-173 RSM - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

2. Due to the conditions of the pandemic, the Court's most recent General Order continues all criminal jury trials through at least March 31, 2021. *See* General Order 18-20. The Court anticipates that this District will begin the process of resuming criminal jury trials in May 2021. Although there is a significant backlog of criminal cases waiting to proceed to trial, this case would likely be prioritized for a trial date in May or June based on its age and the defendant's custody status.

3. On February 17, 2021, attorney Nicholas Marchi was appointed to represent Mr. Serrano Luna, replacing previously appointed counsel. Mr. Marchi is still relatively new to the case and is still reviewing voluminous discovery, including several videos. With the defendant's agreement, he has asked the Court to continue the status conference for one month before setting a new trial date. This continuance will allow Mr. Marchi needed time to review discovery, research and investigate potential defenses, and provide legal advice. Additionally, the continuance will allow Mr. Marchi to better assess the length of time he needs to prepare for a jury trial if a plea resolution cannot be reached.

4. For the foregoing reasons, the Court finds that the failure to grant a continuance of the trial date in this case would result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(i). Given the volume of discovery produced in this case, including a number of lengthy video recordings, and the timing of Mr. Marchi's appointment, it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7)(B)(ii). Further, the failure to grant a continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). Accordingly, pursuant to 18 U.S.C. § 3161(h)(7)(A),

Order Continuing Status Conference
*United States v. Liobany Serrano Luna*, CR19-173 RSM - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

the Court finds that the ends of justice served by continuing the status conference and trial in this case outweighs the best interest of the public and the defendant in a speedier trial.

5. The Court incorporates its oral findings and conclusions as stated during the March 16 status conference.

IT IS THEREFORE ORDERED that the status conference is continued to April 22, 2021 at 11:00 a.m.

IT IS FURTHER ORDERED that the period time from March 16, 2021, up to and including the new status conference date of April 22, 2021, shall be excludable time pursuant to 18 U.S.C. § 3161.

Dated this 16th day of March, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Jessica M. Manca_____
JESSICA M. MANCA
Assistant United States Attorney

/s/ Nicholas Marchi (per Email approval)
NICHOLAS MARCHI
Counsel for Liobany Serrano Luna

Order Continuing Status Conference
*United States v. Liobany Serrano Luna*, CR19-173 RSM - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970